861 A.2d 121

IN THE MATTER OF FRANK MARTINO, III AN ATTORNEY AT LAW (ATTORNEY NO. 008081994).

December 1, 2004.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 04–199, recommending that **FRANK MARTINO, III**, formerly of **GIBBSBORO**, who was admitted to the bar of this State in 1994, and who has been temporarily suspended from the practice of law since February 26, 2004, be disbarred for violating *RPC* 1.15(a)(knowing misappropriation of client funds), *RPC* 1.15(c)(failure to safeguard client funds), and *RPC* 8.4(c)(conduct involving dishonesty, fraud, deceit and misrepresentation);

And **FRANK MARTINO, III**, having been ordered to show cause why he should not be disbarred or otherwise disciplined;

And good cause appearing;

It is ORDERED that **FRANK MARTINO, III**, be disbarred, effective immediately, and that his name be stricken from the roll of attorneys;

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that **FRANK MARTINO, III**, be and hereby is permanently restrained and enjoined from practicing law; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with disbarred attorneys; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.